UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO ANTONIO AMBRIZ,<br><br>    Petitioner,<br><br>   v.<br><br>GARY SWARTHOUT,<br><br>    Respondent. | 1:14-cv-00294-AWI-JLT-(HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT<br><br>(Doc. 7) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On March 20, 2014, petitioner filed an application to proceed in forma pauperis. Pursuant to 28 U.S.C. § 1915 the court authorized petitioner to proceed in forma pauperis on March 5, 2014. Due to the fact that the court previously authorized petitioner to proceed in forma pauperis in this action, IT IS HEREBY ORDERED THAT petitioner's application of March 20, 2014 is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:  **April 1, 2014**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE